**DISMISS; and Opinion Filed March 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00021-CV

### TIN STAR DEVELOPMENT, LLC AND TIN STAR-IRVINE MEMBER, LLC, Appellants

### V.

### JEFF D. WARSHAW AND CLARK BUTLER, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14255**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Appellants have filed an agreed motion to dismiss their appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150021F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

TIN STAR DEVELOPMENT, LLC AND
TIN STAR-IRVINE MEMBER, LLC,
Appellants

No. 05-15-00021-CV     V.

JEFF D. WARSHAW AND CLARK
BUTLER, Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-14255.
Opinion delivered by Justice Lang-Miers.
Justices Francis and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Jeff D. Warshaw and Clark Butler recover their costs, if any, of this appeal from appellants Tin Star Development, LLC and Tin Star-Irvine Member LLC.

Judgment entered this 16th day of March, 2015.